United States District Court
Southern District of Texas
**ENTERED**
August 22, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| ZENOVIA COLQUITT,     ) | |
|         ) | |
|    Plaintiff,     ) | |
|         ) | |
|    v.     ) | Case No. 4:16-cv-00081 |
|         ) | |
| NAVIENT SOLUTIONS, INC.     ) | |
|         ) | |
|    Defendant.     ) | |

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS**
**WITH PREJUDICE**

On July 25, 2016, Plaintiff, ZENOVIA COLQUITT, filed a Stipulation to Dismiss with Prejudice. For good cause shown, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 8/22/16      _____

                                HON. ALFRED H. BENNETT
                                UNITED STATES DISTRICT JUDGE